Affirmed and Opinion filed January 23, 2003









Affirmed and Opinion filed January 23, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00918-CR

____________

 

MICHAEL
WAYNE CHAUTIN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 263rd District Court

Harris
County, Texas

Trial
Court Cause No. 892,159

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to the offense of
indecency with a child.  On July 26,
2002, the trial court sentenced appellant to confinement for twelve years in
the Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of appeal.








Appellant=s appointed counsel filed a brief in which she concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by
presenting a professional evaluation of the record demonstrating why there are
no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim.
App. 1991).  As of this date, no pro se
response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed January 23, 2003.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R.
App. P. 47.2(b).